ANGLE AND ASSOCIATES, INC., Bill Bright and Frank Hunter, Appellant/Respondent,

v.

Darrell L. ANGLE, Respondent/Appellant.

Nos. WD 59679, WD 59710.

Missouri Court of Appeals, Western District.

April 30, 2002.

John Richard Shank, Kansas City, for appellant/respondent.

James William Riner, Jefferson City, for respondent/appellant.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, JR., Judge, and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Bill Bright and Frank Hunter, on behalf of Angle and Associates, Inc., appeal the circuit court's judgment awarding Angle and Associates $128,000 in actual damages and denying an award for punitive damages on its claim for breach of fiduciary duty against Darrell L. Angle. Angle also appeals the circuit court's judgment. We affirm. Rule 84.16(b).

Douglas BREWER, Appellant,

v.

STATE of Missouri, Respondent.
No. WD 60313.

Missouri Court of Appeals, Western District.

April 30, 2002.

Jeannie M. Willibey, Asst. Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before HARDWICK, P.J., ELLIS, HOLLIGER, JJ.

### ORDER

PER CURIAM.

Douglas Brewer appeals the dismissal of his Rule 24.035 motion, which was untimely filed. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).